Billups & Billups, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

**Mrs. J. A. THIGPEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5879.

Circuit Court of Appeals, Fifth Circuit.

Jan. 19, 1932.

S. L. Herold, of Shreveport, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER and SIBLEY, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings, and was submitted to the court.

On consideration whereof it is now here ordered and adjudged by this court that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings to the end that there be a recomputation of the tax liability of the petitioner herein for the years 1921 and 1922; such recomputation to be made giving effect to the decision of this court in the case of S. L. Herold v. Commissioner, 42 F.(2d) 942, No. 5766 of the docket of this court.

It is further ordered and adjudged that the mandate of this court issue without delay.

**Mary Colvin THIGPEN, Surviving Widow and Sole Heir of J. A. Thigpen, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5880.

Circuit Court of Appeals, Fifth Circuit.

Jan. 19, 1932.

S. L. Herold, of Shreveport, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings, and was submitted to the court.

On consideration whereof it is now here ordered and adjudged by this court that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings to the end that there be a recomputation of the tax liability of the petitioner herein for the years 1921 and 1922; such recomputation to be made giving effect to the decision of this court in the case of S. L. Herold v. Commissioner, 42 F.(2d) 942, No. 5766 of the docket of this court.

It is further ordered and adjudged that the mandate of this court issue without delay.

**In the Matter of TRIANGLE METAL NOVELTY CORPORATION, Bankrupt. John H. Gamaldi, as Trustee in Bankruptcy, Appellant, New York State Department of Taxation and Finance, Appellee.**

No. 255.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.